# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David E. Gebrosky<br>Amy J. Gebrosky<br>　　　　　　　　Debtor(s) | BK NO. 20-20121 GLT<br><br>Chapter 7 |
| Ditech Financial, LLC<br>　　　　　　　　Movant<br>　　vs.<br>David E. Gebrosky<br>Amy J. Gebrosky<br>　　　　　　　　Debtor(s)<br><br>Charles O. Zebley, Jr. Esq.,<br>Trustee | |

## CERTIFICATE OF SERVICE OF
## Default Order on Motion for Relief from the Automatic Stay

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 30, 2020, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
David E. Gebrosky
371 Bubb Lane
Ellwood City, PA 16117-6605

Amy J. Gebrosky
371 Bubb Lane
Ellwood City, PA 16117-6605

Attorney for Debtor(s)
Anthony M. Moody, Esq.
90 West Chestnut Ste 603
Washington, PA 15301

Trustee
Charles O. Zebley, Jr. Esq.
P.O. Box 2124 (VIA ECF)
Uniontown, PA 15401

Method of Service:  electronic means or first class mail

Dated: March 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　**/s/James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com