**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David E. Gebrosky** | Social Security number or ITIN **xxx-xx-8960** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Amy J. Gebrosky** | Social Security number or ITIN **xxx-xx-5589** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **20-20121-GLT**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David E. Gebrosky                          Amy J. Gebrosky

<u>5/6/20</u>                          **By the court:**  <u>Gregory L. Taddonio</u>
                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318              **Order of Discharge**              page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 20-20121-GLT
David E. Gebrosky                                                       Chapter 7
Amy J. Gebrosky
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 2            Date Rcvd: May 06, 2020
                              Form ID: 318             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
db/jdb         David E. Gebrosky,    Amy J. Gebrosky,    371 Bubb Lane,    Ellwood City, PA  16117-6605
15182649      +Brighton Radiology Associates,    3572 Brodhead Road,    Ste 201,    Monaca, PA 15061-3141
15182653       Ditech,    PO Box 6172,    Rapid City, SD 57709-6172
15182655      +FMS Inc.,    P.O. Box 707600,    Tulsa, OK 74170-7600
15182654      +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
15182657      +Internal Revenue Service,    549 Keystone Drive,    Suite 500,    Warrendale, PA 15086-7538
15182659       Mercury Card Services,    PO Box 70168,    Philadelphia, PA 19176-0168
15182660      +Northern Leasing Systems, Inc.,    525 Washington Blvd.,    15th Floor,
                Jersey City, NJ 07310-2603
15182661      +Peebles,    1 Peebles St.,    South Hill, VA 23970-3315
15182665       Phillips & Cohen Associates, Ltd,    1002 Justion Street,    Mail stop 661,
                Wilmington, DE 19801-5148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 07 2020 03:54:31     Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr            +EDI: PRA.COM May 07 2020 07:38:00     PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
15182647       EDI: RMSC.COM May 07 2020 07:38:00     Amazon.com,   C/O Synchrony Bank/Amazon,    PO Box 960013,
                Orlando, FL 32896-0013
15182648      +EDI: TSYS2.COM May 07 2020 07:38:00     Barclays Bank Delaware,    125 S. West Street,
                Wilmington, DE 19801-5014
15182650      +E-mail/Text: mediamanagers@clientservices.com May 07 2020 03:54:18     Client Services, Inc.,
                3451 Harry S. Truman Blvd.,    St. Charles, MO 63301-9816
15182651      +EDI: CONVERGENT.COM May 07 2020 07:38:00     Convergent,    Convergent Outsourcing Inc.,
                800 SW 39th,    Renton, WA 98057-4927
15182652      +E-mail/PDF: creditonebknotifications@resurgent.com May 07 2020 04:13:15
                Credit One Bank, N.A.,    P.O. Box 98873,    Las Vegas, NV 89193-8873
15182656      +EDI: PHINGENESIS May 07 2020 07:38:00     Genesis Financial Solutions,    PO Box 4477,
                Beaverton, OR 97076-4401
15182658       E-mail/Text: bncnotices@becket-lee.com May 07 2020 03:54:21     Kohl's,    PO Box 2983,
                Milwaukee, WI 53201-2983
15182663      +E-mail/Text: bankruptcy@firstenergycorp.com May 07 2020 03:54:50     Penn Power,    PO Box 3687,
                Akron, OH 44309-3687
15195704       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 07 2020 03:54:30
                Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                Harrisburg PA 17128-0946
15182664      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 07 2020 03:54:31     Pennsylvania Dept of Revenue,
                Bureau of Compliance,    Dept 280946,    Harrisburg, PA 17128-0001
15182666      +E-mail/Text: chrisj@reedoil.com May 07 2020 03:54:25     Reed Oil Company,
                511  Montgomery Avenue,    New Castle, PA 16102-1111
15182667       EDI: RMSC.COM May 07 2020 07:38:00     Synchrony Bank,    Synchrony Home/ SYNCB,    PO Box 960061,
                Orlando, FL 32896-0061
15182807      +EDI: RMSC.COM May 07 2020 07:38:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
15182668       EDI: WTRRNBANK.COM May 07 2020 07:38:00     Target Card Services,    P.O. Box 660170,
                Dallas, TX 75266-0170
15182669      +EDI: VERIZONCOMB.COM May 07 2020 07:38:00     Verizon Wireless,    PO Box 26055,
                Minneapolis, MN 55426-0055
15182670       EDI: RMSC.COM May 07 2020 07:38:00     Walmart Mastercard/Syncb,    PO Box 960024,
                Orlando, FL 32896-0024
15182671      +EDI: RMSC.COM May 07 2020 07:38:00     Walmart/GE Money Bank/ Bankruptcy Dept,    PO Box 103104,
                Roswell, GA 30076-9104
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial, LLC
15182662      ##+Penn Credit Corporation,    P.O. Box 988,    916 South 14th Street,    Harrisburg, PA 17104-3425
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: admin              Page 2 of 2               Date Rcvd: May 06, 2020
                               Form ID: 318             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
          Anthony M. Moody    on behalf of Joint Debtor Amy J. Gebrosky amoody@moodylawoffices.com,
           moodyar81455@notify.bestcase.com
          Anthony M. Moody    on behalf of Debtor David E. Gebrosky amoody@moodylawoffices.com,
           moodyar81455@notify.bestcase.com
          Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
          James   Warmbrodt    on behalf of Creditor   Ditech Financial, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                    TOTAL: 5
```