**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David E. Gebrosky**
**Amy J. Gebrosky**
    Debtor(s)

Bankruptcy Case No.: 20−20121−GLT

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Charles O. Zebley Jr. is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: May 27, 2020

Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 20-20121-GLT
David E. Gebrosky                                               Chapter 7
Amy J. Gebrosky
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: admin              Page 1 of 1        Date Rcvd: May 27, 2020
                               Form ID: 129             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2020.
db/jdb          David E. Gebrosky,    Amy J. Gebrosky,   371 Bubb Lane,    Ellwood City, PA   16117-6605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2020 at the address(es) listed below:
              Anthony M. Moody    on behalf of Joint Debtor Amy J. Gebrosky amoody@moodylawoffices.com,
               moodyar81455@notify.bestcase.com
              Anthony M. Moody    on behalf of Debtor David E. Gebrosky amoody@moodylawoffices.com,
               moodyar81455@notify.bestcase.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com,   PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5